# EXHIBIT "A"

24-195/lhr/rls

**IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**CASE NO.: 50 2025 CA 002189 XXXA MB AO**

G.M., individually, and as parent and legal
guardian of JANE DOE, a minor,

        Plaintiff,

vs.

SOUTH TECH ACADEMY, INC,

        Defendant.
_____/

## ACCEPTANCE OF SERVICE

COMES NOW, Lyman H. Reynolds, Jr., Esq., on behalf of Defendant, SOUTH TECH ACADEMY, INC., and files this Acceptance of Service of Process of the First Amended Complaint and Demand for Jury Trial, effective Thursday, March 13, 2025, in the above entitled action and agrees to file a responsive pleading within thirty (30) days from Thursday, March 13, 2025, as provided by Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by e-service to all parties on the attached Counsel List this 13th day of March, 2025.

                          **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
                          470 Columbia Drive, Bldg. C101
                          West Palm Beach, FL  33409
                          Phone: 561-688-6560/Fax: 561-688-2343
                          E-Service: service_LHR@rrbpa.com
                          Email: lreynolds@rrbpa.com
                          Attorneys for Defendant South Tech Academy

                          _____
                          LYMAN H. REYNOLDS, JR.
                          FBN: 380687

STYLE: G.M. v. SOUTH TECH ACADEMY, INC.
CASE NO.: 50 2025 CA 002189 XXXA MB AO
OUR FILE NO.: 24-195

## COUNSEL LIST

JACK SCAROLA, ESQ.
VICTORIA MESA-ESTRADA ESQ.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-6601
Counsel for Plaintiff
PHONE: 561-686-6300
E-SERVICE: jsx@searcylaw.com
　　　　　 scarolateam@searcylaw.com
　　　　　 vmestrada@searcylaw.com
　　　　　 mesateam@searcylaw.com
EMAIL: jsx@searcylaw.com
　　　　 scarolateam@searcylaw.com
　　　　 vmestrada@searcylaw.com
　　　　 mesateam@searcylaw.com
FBN: 169440 / 76569

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
　　　　 bsmith@rrbpa.com
　　　　 kherald@rrbpa.com
FBN: 380687