24-195/lhr/rls

**IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

CASE NO.: 50 2025 CA 002189 XXXA MB AO

G.M., individually, and as parent and legal
guardian of JANE DOE, a minor,

        Plaintiff,

vs.

SOUTH TECH ACADEMY, INC,

        Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**, reserving all rights on behalf of **DEFENDANT, SOUTH TECH ACADEMY, INC.**, and hereby enters its appearance for and on behalf of said Defendant in the above–styled cause and notes pursuant to §768.28 *Fla. Stat.*, that written defenses or motions responsive to the Complaint are not due until thirty (30) days after the service of the summons on this governmental Defendant, exclusive of the date of service.

It is requested that all future pleadings be copied to the undersigned, Attention: LYMAN H. REYNOLDS, JR., ESQUIRE.

It is requested that Roberts, Reynolds, Bedard & Tuzzio, PLLC be added to the Certificate of Service list effective immediately.

## DESIGNATION OF EMAIL ADDRESS PURSUANT TO RULE 2.516

The undersigned hereby designates the following e-mail address for the purpose of



service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

    E-Service/Primary Email Address:   service_LHR@rrbpa.com

    Correspondence & Scheduling Emails: lreynolds@rrbpa.com
                                                         bsmith@rrbpa.com
                                                         kherald@rrbpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished via e-service to all parties on the attached Counsel List this 13th day of March, 2025.

                                               **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
                                               470 Columbia Drive, Bldg. C101
                                               West Palm Beach, FL 33409
                                               Phone: 561-688-6560/Fax: 561-688-2343
                                               E-Service: service_LHR@rrbpa.com
                                               Email: lreynolds@rrbpa.com
                                               Attorneys for Defendant South Tech Academy

                                               _/s/ Lyman H. Reynolds, Jr._
                                               LYMAN H. REYNOLDS, JR.
                                               FBN: 380687

STYLE: G.M. v. SOUTH TECH ACADEMY, INC.
CASE NO.: 50 2025 CA 002189 XXXA MB AO
OUR FILE NO.: 24-195

## COUNSEL LIST

JACK SCAROLA, ESQ.
VICTORIA MESA-ESTRADA ESQ.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-6601
Counsel for Plaintiff
PHONE: 561-686-6300
E-SERVICE: jsx@searcylaw.com
   _scarolateam@searcylaw.com
   vmestrada@searcylaw.com
   mesateam@searcylaw.com
EMAIL: jsx@searcylaw.com
   _scarolateam@searcylaw.com
   vmestrada@searcylaw.com
   mesateam@searcylaw.com
FBN: 169440 / 76569

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
   bsmith@rrbpa.com
   kherald@rrbpa.com
FBN: 380687