24-195

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50 2025 CA 002189 XXXA MB AO

G.M., individually, and as parent and legal
guardian of JANE DOE, a minor,

        Plaintiff,

vs.

SOUTH TECH ACADEMY, INC,

        Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, SOUTH TECH ACADEMY, INC., has filed a notice of removal of this action to the United States District Court for the Southern District of Florida.

*Please take further notice* that, pursuant to 28 U.S.C. § 1446(d), this Honorable Court "shall proceed no further unless and until the case is remanded."



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by e-service to all parties on the attached Counsel List this 10th day of April, 2025.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Counsel for Defendant South Tech Academy

LYMAN H. REYNOLDS, JR.
FBN: 380687

STYLE:           G.M. v. SOUTH TECH ACADEMY, INC.
CASE NO.:        50 2025 CA 002189 XXXA MB AO
OUR FILE NO.:    24-195

## COUNSEL LIST

JACK SCAROLA, ESQ.
VICTORIA MESA-ESTRADA ESQ.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-6601
Counsel for Plaintiff
PHONE: 561-686-6300
E-SERVICE: jsx@searcylaw.com
          scarolateam@searcylaw.com
          vmestrada@searcylaw.com
          mesateam@searcylaw.com
EMAIL: jsx@searcylaw.com
       scarolateam@searcylaw.com
       vmestrada@searcylaw.com
       mesateam@searcylaw.com
FBN: 169440 / 76569

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
       bsmith@rrbpa.com
       kherald@rrbpa.com
FBN: 380687