IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-CV-80457-ROSENBERG/REINHART

S.L. and G.M., individually,

       Plaintiffs,

v.

SOUTH TECH ACADEMY, INC.
    Defendants.
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, S.L. and G.M., individually, by and through the undersigned counsel, hereby notify the Court that the case has been amicably settled pending finalization of the settlement documents and receipt of the settlement proceeds. Plaintiffs request that the Court keep the file open pending execution of the settlement documents and receipt of settlement proceeds.

Dated: August 11, 2025                             Respectfully submitted,

                                                    */s/ Jack Scarola*
                                                    Jack Scarola
                                                    Florida Bar No. 169440
                                                    E-Mail: jxs@searcylaw.com
                                                    */s/ Victoria Mesa-Estrada*
                                                    Victoria Mesa-Estrada
                                                    Florida Bar No.: 76569
                                                    E-Mail: vmestrada@searcylaw.com
                                                    SEARCY DENNEY SCAROLA
                                                     BARNHART & SHIPLEY, PA
                                                    2139 Palm Beach Lakes Boulevard
                                                    West Palm Beach, FL 33409
                                                    Phone: 561-686-6300
                                                    Fax: 561-383-9402
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by the Court's ECF/electronic notification system on this 11th of August 2025 on all counsel or parties of record on the Counsel List below.

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada
Attorney for Plaintiffs

## COUNSEL LIST

Jack Scarola
Florida Bar No. 169440
Attorney E-Mail:
jxs@searcylaw.com;
scarolateam@searcylaw.com
Victoria Mesa-Estrada
Florida Bar No.: 76569
Attorney E-Mail: vmestrada@searcylaw.com;
mesateam@searcylaw.com
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561-686-6300
Fax: 561-383-9402
*Attorneys for Plaintiffs*

Lyman H. Reynolds, Jr.
Florida Bar No. 380687
Katherine E. Herald
Florida Bar No. 1022362
ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com;
Email: lreynolds@rrbpa.com